1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  ALEXANDER B. SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   LYNDSI ALLSOP (Cal. Bar No. 323485)
4  Assistant United States Attorney
   Deputy Chief, Major Crimes Section
5  KENNETH R. CARBAJAL (Cal. Bar No. 338079)
   Assistant United States Attorney
6  Major Crimes Section
        1300 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:     (213) 894-3165/3172
        Facsimile:     (213) 894-3713/0141
9       E-mail:        lyndsi.allsop@usdoj.gov
                       kenneth.carbajal@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                  UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,              CR 2:25-cr-00886-CV

15           Plaintiff,                   GOVERNMENT'S SECOND AMENDED *EX
                                          PARTE* APPLICATION FOR ORDER
16              v.                        SEALING INDICTMENT AND RELATED
                                          DOCUMENTS; DECLARATION OF LYNDSI
17 RYAN JAMES WEDDING,                    ALLSOP
     aka "James Conrad King,"
18   aka "Jesse King,"                    **(UNDER SEAL)**
     aka "Jessi,"
19   aka "~j,"
     aka "~R137,"
20   aka "~PE,"
     aka "~3.14,"
21   aka "~EL COCO,"
     aka "R,"
22   aka "RW,"
     aka "JJ,"
23   aka "Jessie New,"
     aka "Jes Old,"
24   aka "Mexi,"
     aka "El Guerro,"
25   aka "El Jefe,"
     aka "El Toro,"
26   aka "Boss,"
     aka "Buddy,"
27   aka "Giant,"
     aka "Grande,"
28   aka "Public,"

FILED
CLERK, U.S. DISTRICT COURT

11/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jm___ DEPUTY

```
 1       aka "Public Enemy,"
         aka "NPKY8WY7,"
 2       aka "FUJ93HXR,"
         aka "PW7RJ83R,"
 3       aka "KJ5JW6HM,"
         aka "NXYS6JC9,"
 4       aka "8DC7CAYB,"
         aka "49T9KYR9,"
 5       aka "T9PHWCJY,"
         aka "YF4TTY4K,"
 6  DEEPAK BALWANT PARADKAR,
         aka "cocaine_lawyer,"
 7       aka "Deepaj Emergency,"
         aka "Descartes,"
 8       aka "K8KDZKW8,"
         aka "A5VB2FX6,"
 9       aka "Z9W7ETCU,"
         aka "criminal_lawyer@me.com,"
10  ATNA OHNA,
         aka "Tupac,"
11       aka "~Kim Jong -Un,"
         aka "~kim jong Un,"
12       aka "6Z3DKEPC,"
         aka "DR8CF76E,"
13  CARMEN YELINET VALOYES FLOREZ,
         aka "~negra,"
14       aka "7JKF6Y5A,"
    WILSON RIASCOS,
15       aka "Pepe,"
    ROLAN SOKOLOVSKI,
16       aka "The Jew,"
         aka "~Sushi,"
17       aka "Applepie,"
         aka "Lakers2,"
18       aka "Fiji2,"
         aka "6777F2HA,"
19       aka "HESR73RN,"
         aka "4K6S66FC,"
20       aka "deem1313@live.ca,"
    FNU LNU 1,
21       aka "~JP Morgan,"
         aka "JP,"
22  BIANCA CANASTILLO-MADRID,
         aka "Bianca Canastillo
23        Madrid,"
         aka "Bianca Madrid,"
24       aka "~cady,"
         aka "Claudio,"
25       aka "Claudi Old New Is
            Candy,"
26       aka "TK8658TT,"
         aka "B9R3SBWT,"
27  ALLISTAIR CHAPMAN,
         aka "😊,"
28       aka "⚡,"
```

```
1        aka "Ali Star,"
         aka "R9BSX52X,"
2        aka "PVMTRY34,"
    TOMMY DEMORIZI,
3   AHMAD NABIL ZAITOUN,
         aka "Ahmad Nabil Zitoun,"
4        aka "Ahmad Zitoun,"
         aka "Ahmad Zaitoon,"
5        aka "Activs Cousin,"
         aka "Ynotbro,"
6        aka "T8PR3Y8R,"
    GURSEWAK SINGH BAL,
7        aka "The Dirty News,"
         aka "thedirtynewz,"
8        aka "@6ixaktv,"
         aka "@6ixak_tv,"
9        aka
            "sixademiks6@hotmail.com,"
10  EDWIN BASORA-HERNANDEZ,
         aka "Edwin Hernandez,"
11       aka "Ed Winter,"
    YULIETH KATHERINE TEJEDA,
12       aka "ana.kata1992,"
    FNU LNU 1,
13  FNU LNU 2,
    FNU LNU 3,
14  FNU LNU 4,
    FNU LNU 5,
15
                Defendants.
16
```

17        The government hereby applies <u>ex parte</u> for a second amended

18   order that the indictment and any related documents in the above-

19   titled case (except the arrest warrants for the charged

20   defendants(s)) be kept under seal until November 18, 2025, at 11:59

21   p.m. PST.

22   ///

23

24

25

26

27

28

1     This ex parte application is made pursuant to Federal Rule of

2   Criminal Procedure 6(e)(4) and is based on the attached Declaration

3   of Lyndsi Allsop.

4    Dated: November 18, 2025          Respectfully submitted,

5                                      BILAL A. ESSAYLI
                                       First Assistant United States
6                                      Attorney

7                                      ALEXANDER B. SCHWAB
                                       Assistant United States Attorney
8                                      Acting Chief, Criminal Division

9

10
                                       LYNDSI ALLSOP
11                                     KENNETH R. CARBAJAL
                                       Assistant United States Attorneys
12
                                       Attorneys for Plaintiff
13                                     UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**DECLARATION OF LYNDSI ALLSOP**

I, Lyndsi Allsop, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of <u>United States v. Ryan James Wedding, et al.</u>, 2:25-cr-00886-CV (C.D. Cal.).  The indictment in this case was presented to a federal grand jury in the Central District of California on October 28, 2025.  On that same date, the grand jury returned the indictment.

2.    All the defendants charged in the above-captioned indictment still have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendants in the indictment returned by the grand jury on October 28, 2025.  The likelihood of apprehending the remaining defendants might be jeopardized if the indictment or other related documents in this case were made publicly available before the remaining defendants are taken into custody on the indictment.

3.    The government anticipates completing its arrest operation by November 18, 2025, at 11:59 p.m. PST.  The following day, on November 19, 2025, at 11:00 a.m. EST the government anticipates publicly announcing the charges in the indictment.

4.    Accordingly, the government requests that the indictment and related documents in this case be sealed and remain so until November 18, 2025, at 11:59 p.m. PST.

///

1

1     5.   I declare under penalty of perjury under the laws of the

2   United States of America that the foregoing is true and correct and

3   that this declaration is executed at Los Angeles, California, on

4   November 18, 2025.

5

6

7                                       LYNDSI ALLSOP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2